UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID M. COIA, )
)
Plaintiff, )
)
v. )  Civil Action No. 08 1357
)
SOCIAL SECURITY ADMIN., )
)
Defendant. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to comply with Rule 8 of the Federal Rules of Civil Procedure. This is a final, appealable Order. *See* Fed. R. App. P. 4.

Date: July 30, 2008

United States District Judge